IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HENRY FELT and DIANE FELT,<br><br>    Plaintiffs,<br><br> v.<br><br>CHERYL W. GRISE, CARLOS M. GUITIERREZ, DAVID L. HERZOG, R. GLENN HUBBARD, PH.D., STEVE A. KANDARIAN, EDWARD J. KELLY, III, GERALD L. HASSELL, WILLIAM E. KENNARD, HUGH B. PRICE, JAMES M. KILTS, CATHERINE R. KINNEY, DENISE M. MORRISON, JOHN C. R. HELE, MARIA R. MORRIS, STEVEN J. GOULART, KENTON J. SICCHITANO, ALFRED F. KELLY, JR., LULU L. WANG, JOHN M. KEANE, WILLIAM A. WHEELER, ROBIN LENNA and WAYNE DANIEL,<br><br>    Defendants,<br><br> -and-<br><br>METLIFE, INC.,<br><br>    Nominal Defendant. | C.A. No.:19-cv-780-LPS |

**NOTICE OF VOLUNTARY DISMISSAL**

WHEREAS no defendant has served either an answer or a motion for summary judgment;

PLEASE TAKE NOTICE that plaintiffs Henry Felt and Diane Felt hereby voluntarily dismiss the above-captioned action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), without prejudice to any claim and with all parties to bear their own fees and costs.

Dated: August 1, 2019

        **COOCH AND TAYLOR, P.A.**

        */s/ Blake A. Bennett*
        Blake A. Bennett (#5133)
        The Brandywine Building
        1000 West Street, 10th Floor
        Wilmington, Delaware 19801
        (302) 984-3800
        *Counsel for Plaintiffs*

**OF COUNSEL**

**SQUITIERI & FEARON, LLP**
Lee Squitieri
32 East 57th Street, 12th Floor
New York, New York 10022
(212) 421-6492

**GARDY & NOTIS, LLP**
Mark C. Gardy
James S. Notis
126 East 56th Street, 8th Floor
New York, New York 10022
(212) 905 0509

*Counsel for Plaintiffs*

2